**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 20-30125-NJR |
| Plaintiff, ) | |
| vs. ) | Title 18, United States Code, |
| ) | Sections 922(g)(1) and 924(a)(2) and (d)(1) |
| KYNTON L. HARPER, ) | |
| ) | and |
| Defendant. ) | |
| ) | Title 28, United States Code, |
| ) | Section 2461(c) |

**FILED**

**AUG 2 0 2020**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

### POSSESSION OF A FIREARM BY A FELON

On or about May 7, 2020, in St. Clair County, Illinois, within the Southern District of Illinois,

**KYNTON L. HARPER**

defendant herein, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm; that being a Taurus PT111 G2 9mm handgun, serial number TJX60543, said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATION

#### FORFEITURE OF FIREARMS

Upon conviction for the offense charged in Count 1, defendant, **KYNTON L. HARPER**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and

<, United States Code, Section 2461(c), all firearms, magazines and ammunition involved or used in any knowing violation of the offense described in Count 1 of this Indictment, including but not limited to the following: a Taurus PT111 G2 9mm handgun, serial number TJX60543, and any other ammunition seized with or contained within the listed firearm.



CHRISTOPHER R. HOELL
Assistant United States Attorney

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention